UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
Eastern Division

Maurice Boston, et al.
                         Plaintiff,

v.                                           Case No.: 1:13−cv−00798
                                                                     Honorable Sharon Johnson Coleman

Sheriff of Cook County, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 27, 2013:

      MINUTE entry before the Honorable Arlander Keys: Status hearing held on 11/27/13 and continued to 1/8/14 at 9:00 a.m. Counsel informed the Court that the parties have resolved most issues contained in Plaintiffs Motion to Compel [31] with the exception of Ms. Taylor's deposition. By 12/3/13, defense counsel shall provide plaintiff's counsel with Ms. Taylor's last known address so that a subpoena may be properly issued and Ms. Taylor's deposition shall be completed by 12/25/13. Counsel for all parties expressed an interest in a settlement conference. Settlement conference set for 1/31/14 at 10:00 a.m. Parties shall strictly abide by Magistrate Judge Keys' Standing Order for Settlement Conferences. Parties shall submit, not file, their pre−settlement position statements to chambers, room 2230 by no later than 1/24/14.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.