UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Maurice Boston, et al.

Plaintiff,

v.

Case No.: 1:13−cv−00798
Honorable Sharon Johnson Coleman

Sheriff of Cook County, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 4, 2014:

MINUTE entry before the Honorable Sharon Johnson Coleman: Pursuant to Magistrate Judge Keys' order dated 2/6/2014 (#43), the parties have reached a settlement. Status hearing set for 6/13/2014 is stricken and reset to 4/28/2014 at 09:00 AM. If a stipulation to dismiss is filed prior to the next date, the status will be stricken.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.