IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Maurice Boston and Quinn Wilkerson, | ) ) ) | |
| *Plaintiffs,* | ) ) ) | |
| -*vs*- | ) ) | No. 13-cv-798 |
| Sheriff of Cook County, and Cook County, Illinois | ) ) ) | *(Judge Coleman)* |
| | ) ) | *(Magistrate Judge Keys)* |
| *Defendants.* | ) | |

## STIPULATION OF DISMISSAL

It is stipulated that this action may be dismissed with prejudice and without costs.

Respectfully submitted,

/s/ Thomas G. Morrissey

Thomas G. Morrissey
Thomas G. Morrissey, Ltd.
10249 S. Western Ave.
Chicago, IL 60643
(773)233-7900

/s/ Thomas Cargie (with consent)
Thomas Cargie, ASA
69 W. Washington, Suite 2030
Chicago, IL 60602
*An attorney for Cook County*

/s/ Michael Sorich (with consent)
Michael Sorich, ASA
500 Daley Center
Chicago, IL 60602
*An attorney for the Sheriff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of April 2014, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Michael Sorich, ASA, 500 Daley Center, Chicago, IL 60602 and Thomas Cargie, ASA, 69 W. Washington St., Ste. 2030, Chicago, IL 60602 and I hereby certify that I have mailed by US Postal Service the document to the following non CM/ECF participants: none.

/s/ Thomas G. Morrissey

Thomas G. Morrissey
Thomas G. Morrissey, Ltd.
10249 S. Western Ave.
Chicago, IL 60643
(773)233-7900
Patrickmorrissey1920@gmail.com